# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-five,

_____

| | |
|---|---|
| Emma Alexandra Guachi-Moina, Harryson Gonzalo Sandoval-Coll, Alejandra Elizabeth Sandoval-Guachi, | **ORDER**<br>Docket No. 24-3335 |
| Petitioners, | |
| v. | |
| Merrick B. Garland, United States Attorney General, | |
| Respondent. | |

_____

A petition for review was filed on December 23, 2024. Petitioner Emma Alexandra Guachi-Moina's and Petitioner Harryson Gonzalo Sandoval-Coll's Acknowledgment and Notice of Appearance Forms due January 10, 2025 have not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the petition will be dismissed effective February 6, 2025, if the Acknowledgment and Notice of Appearance Forms for Petitioner Emma Alexandra Guachi-Moina and Petitioner Harryson Gonzalo Sandoval-Coll are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court